IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA RENEE QUEQUESAH,<br><br>Defendant. | CR 24-28-M-DWM<br><br><br><br>ORDER |

    United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on June 10, 2025. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

    Judge DeSoto recommended this Court accept Amanda Renee Quequesah's guilty plea after Quequesah appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of possession

1

with intent to distribute fentanyl near a school in violation of 21 U.S.C. § 860 (Count 1), and one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c) (Count 2) as set forth in the Indictment filed against her.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 23), and I adopt them in full.

Accordingly, IT IS ORDERED that Amanda Renee Quequesah's motion to change plea (Doc. 15) is GRANTED.  Amanda Renee Quequesah is adjudged guilty as charged in Counts 1 and 2 of the Indictment.

DATED this 25th day of June, 2025.

_____
Donald W. Molloy, District Judge
United States District Court